UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In re | ) |
|  | ) Chapter 7 |
| D AND R ROOFING CO., INC. | ) Case No. 13-40678-MSH |
|  | ) |
| DEBTOR | ) |
|  | ) |

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

To the Honorable Melvin J. Hoffman, Bankruptcy Judge:

Now comes Gary M. Weiner, Trustee in the above Chapter 7 case, by and through his counsel, Weiner Law Firm, P.C., and hereby moves, pursuant to 11 U.S.C. § 363 (b) and (f) and Bankruptcy Rule 6004©, respectfully for authority to sell by public auction 6 vehicles owned or controlled by the Debtor, as well as office equipment and furniture, various tools and equipment and assorted inventory, free and clear of all liens, encumbrances and claims of every kind and description, as is more fully described herein. A corresponding Notice of Intended Public Sale of Personal Property is to this Motion as Exhibit "A". As grounds, therefore, the Trustee respectfully represents the following:

1. On March 22, 2013, D and R Roofing Co., Inc. ("Debtor"), filed a voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

2. On or about April 15, 2013 Gary M. Weiner ("Trustee") accepted the appointment as the Chapter 11 Trustee for the above captioned matter.

3. On or about November 6, 2014, this matter was converted to a proceeding under Chapter 7 of the United States Bankruptcy Code.

4. On or about November 7, 2014, the Applicant was appointed as the Chapter 7 Trustee in this case and is the duly appointed, qualified and acting Trustee in Bankruptcy in the above entitled proceedings.

Case 13-40678 Doc 150 Filed 11/21/14 Entered 11/21/14 14:52:17 Desc Main
Document Page 2 of 12

Trustee's Motion for Public Sale
In re: D and R Roofing, Inc. 13-40678
Page 2

5. The matters set forth herein constitute core proceedings pursuant to 28 U.S.C. § 157 (b)(2)(A) and (N).

6. Among the assets of the bankruptcy estate are the following Vehicles: Vehicle One: a 2000 Ford 350 Super Duty Crew Cab Truck with 274,500 miles; Vehicle Two: a 2006 Ford F150 Super Cab Truck with 197,400 miles; Vehicle Three: a 2007 Ford F150 Super Cab Truck with 187,100 miles; Vehicle Four: a 2009 Chevy Express 1500 Cargo Van with 106,500 miles; Vehicle Five: a 2009 Chevy Express 1500 Cargo Van with 97,100 miles; and Vehicle Six: a 2009 Chevy Express 1500 Cargo Van with 97,400 miles. All miles are as of the date of filing the bankruptcy petition.

7. In addition, the Debtor has listed office equipment and furniture valued at $1,000.00, tools and equipment valued at $89,920.00 and inventory valued at $2,262.67 (collectively referred to as "personal property").

8. The Trustee seeks the authority to sell the Vehicles and personal property by public sale. The Trustee seeks authority to sell the Vehicles and personal property free and clear of all liens, encumbrances, claims, charges and administrative holds, including, but not limited to, any liens that may exist in favor of taxing authorities, including the United States Department of the Treasury, Internal Revenue Service, Commonwealth of Massachusetts and local taxing authorities.

9. Upon information and belief, the following liens and encumbrances exist:

   A. A blanket security agreement on all assets of the debtor executed with Fidelity Cooperative Bank on or about December 13, 2004 with an approximate balance of $90,000.00.

   B. A lien to St. Mary's Credit Union in the approximate amount of $11,126.32 and secured by Vehicle No. Five as described in Paragraph No. 6;

   C. A lien to St. Mary's Credit Union in the approximate amount of $12,387.33 and secured by Vehicle No. Six as described in Paragraph No. 6; and

Case 13-40678 Doc 150 Filed 11/21/14 Entered 11/21/14 14:52:17 Desc Main Document Page 3 of 12

Trustee's Motion for Public Sale
In re: D and R Roofing, Inc. 13-40678
Page 3

D. A lien to St. Mary's Credit Union in the approximate amount of $13,223.19 and secured by Vehicle No. Four as described in Paragraph No. 6;

10. Fidelity Co-operative Bank ("Fidelity") modified the terms of its loan with the Debtor on or about February 24, 2012.

11. Pursuant to the cash collateral order entered by this Court on May 9, 2013, the Debtor was required to pay Fidelity $750.00 plus continuing interest on a monthly basis. Schedule D of the Debtor's petition listed an outstanding obligation to Fidelity at $95,110.40 as of the date of the filing of the petition.

12. Fidelit,y in order to perfect its security interest, filed a UCC-1 financing statement with the Secretary of State for the Commonwealth of Massachusetts on January 10, 2005 and a UCC-3 continuation statement was filed on October 23, 2009. On or about October 2, 2014 the UCC financing statement lapsed and no further continuation statement is on record. It is the Trustee's contention that Fidelity's security interest has now lapsed.

13. The personal property is presently located at the Debtor's former place of business 116 Davis Street, Douglas, Massachusetts. This real property is owned by Will Realty Corporation a company owned by Richard Ezold, Sr. the president and sole shareholder of the Debtor.

14. Upon information and belief, Will Realty is marketing 116 Davis Street property for sale.

15. The Trustee believes that it is in the best interest of the estate for the Vehicles and personal property to be sold at public auction because it is an efficient and economical way to bring additional funds into the estate and provide for a dividend to creditors.

16. On November 20, 2014, the Trustee filed the Application to Employ Aaron Posnik & Co., Inc. as an auctioneer for the estate.

17. The Trustee anticipates that the public auction for the sale of the Vehicles and personal property will take place on **Thursday January 15, 2015 at 11:00 a.m. at 116 Davis Street, Douglas, Massachusetts 01516.**

Case 13-40678    Doc 150    Filed 11/21/14    Entered 11/21/14 14:52:17    Desc Main
Document    Page 4 of 12

Trustee's Motion for Public Sale
In re: D and R Roofing, Inc. 13-40678
Page 4

WHEREFORE, the Trustee respectfully requests:

1. That this Court authorize the Trustee's motion for public sale of the Vehicles and personal property as described in paragraph 4, herein free and clear of all liens, interests and encumbrances, pursuant to 11 U.S.C. § 363 (b) and (f);

2. That the Trustee be authorized to execute such documents as are reasonably necessary to complete the sale;

3. That any encumbrances shall attach to the proceeds of the sale, to the extent that they are valid and perfected, in the same priority as they are entitled to under applicable law;

4. For such further relief as this Court deems just and proper.

/s/ Gary M. Weiner, Esq.
Gary M. Weiner, Esq., BBO # 548341
WEINER LAW FIRM, P.C.
95 State Street, Suite 918
Springfield, MA 01103
Tel. No. (413) 732-6840
GWeiner@weinerlegal.com
Date: November 21, 2014

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
|  | ) Case No. 13-40678-MSH |
| D AND R ROOFING CO., INC. | ) |
|  | ) |
| DEBTOR | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Gary M. Weiner, Esq. do hereby certify that on the 21st day of November, 2014, a copy of the Trustee's Motion for Authority to Sell Personal Property Free and Clear of Liens and Encumbrances and Notice of Intended Public Sale was mailed via first class mail, postage pre-paid, or via electronic mail to the following and to all parties on the attached List of Creditors:

Richard King, United States Trustee
USTPRegion01.WO.ECF@USDOJ.GOV

Debtor

D and R Roofing Co., Inc.
116 Davis Street
Douglas, MA 01516

Debtor's Counsel

Robert Osol
Melia & Osol
16 Harvard Street
Worcester, MA 01609

Interested Parties

Counsel to Allied Building Products, Corp.
Robert Hurwitz, Esq.
Wayne, Richard & Hurwitz, LLP
Rhurwitz@wrhmlaw.com

Christine R. Etheridge
Bankruptcy Administration
GE Capital Information Technology
1738 Bass Road
PO Box 13708
Macon, GA 32108-3708

Counsel to St. Mary's Credit Union
David E. Silverman, Esq.
Silverman & Esposito
PO Box 245
Osford, MA 01540
silvermanlaw@charter.net

Ricoh USA
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Counsel to Forest Properties Management, Inc.
Scott D. Carman, Esq.
Shaevel & Krems, LLP
141 Tremont St,.
Boston, MA 01824

Richard J. Ezold, Sr.
Linda Ezold
175 Stone School Road
Sutton, MA 01590

Aaron Posnik & Co., Inc.
83 State Street
Springfield, MA 01103

/s/ Gary M. Weiner, Esq.

D and R Roofing Co., Inc.
13-40678
LIST OF CREDITORS

Atlantic Asphalt Co., Inc.
146 Railroad Street
Revere, MA 02151

Waste Removal Services
3 Alicia Road
Framingham, MA 01701

Liberty Mutual Insurance Group
PO Box 7247-0109
Philadelphia, PA 19170-0109

New Castle Building Products
535 Old Tarrytown Road
White Plains, NY 10603

Supermedia
PO Box 619009
DFW Airport
Dallas, TX 75261

Home Depot Credit Services
PO Box 183175
Columbus OH 43218-3175

Blue Cross Blue Shield MA
PO Box 371318
Pittsburgh, PA 15250

Capital One
PO Box 70884
Charlotte, NC 28272

Linda M. Smith, CPA, PC
80 Flanders Rd Suite 200
Westborough, MA 01581

C & S Lumber
124 Main Street
Millbury, MA 01527

Crane & Rigging Services LLC
795 Plymouth Street
Holbrook, MA 02343

Genflex Roofing Systems
PO Box 730096
Dallas, TX 75373

Regen
PO Box 3192
Worcester, MA 01613

Town of Douglas
29 Depot Street
Douglas, MA 01516

Koopman Lumber & Hardware
665 Church Street
Whitinsville, MA 01588

Yost Manufacturing & Supply, Inc.
PO Box 263
Waterford, CT 06385

Capital Waste Services, Inc.
1222 Bennington Street
Boston, MA 02128

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Massachusetts Dept of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

A T & T
PO Box 6463
Carol Stream, IL 60197

Beacon Sales Co.
50 Webster Avenue
Somerville, MA 02143

Better Business Bureau
340 Main St. Suite 802
Worcester, MA 01608

Charter Communications
PO Box 60187
Los Angeles, CA 90060

Crystal Rock, LLC
1050 Buckingham Street
Watertown CT 06795-1631

DNS Services
6400 NE Hwy 99
Suite 6 - 291
Vancouver, WA 98662

Eric B. Goldberg, Esq.
Wilchins Cosentino & Friend
20 Williams St. Suite 130
Wellesley Hills, MA 02481

Federal Express
PO Box 371461
Pittsburgh, PA 15250

Fidelity Bank
9 Leominster Connector
Leominster, MA 01453

Fidelity Co-Operative Bank
Attn: Bankruptcy
675 Main Street
Fitchburg, MA 01420

George McCarthy
2 Summer Street Suite 5
Natick, MA 01760-4529

Harvey Industries
PO Box 3894
Boston, MA 02241-3894

Hilti
PO Box 382002
Pittsburgh, PA 15250-8002

Insul-Mart, LLC
PO Box 2676
Mechanicsville, VA 23116

Integra Network Services
425 Fortune Blvd. Suite 202
Milford, MA 01757

Jack Moore
250 Barber Avenue
Worcester, MA 01606

John DelPrete, Jr.
161 Worcester Road
Framingham, MA 01701

Kevin J. Coderre
165 Stone School Road
Sutton, MA 01590

Landscape Depot Inc.
PO Box 64
203 Providence Turnpike
Sutton, MA 01590

Linders, Inc.
211 Granite Street
Worcester, Ma 01607

NRCA
PO Box 809261
Chicago, IL 60680

NU-England Services Co., Inc.
190 Worcester Turnpike
Sutton, MA 01590

National Grid
Bankruptcy Dept.
PO Box 960
Northborough, MA 01532-0960

Paychex
Attn: Bankruptcy
27 Midstate Drive #200
Auburn, MA 01501

Principal Life Group
Grand Island
PO Box 14513
Des Moines, IA 50306

Ray's True Value
22 Howe Avenue
Millbury, MA 01527

Ritchie & Sons, Inc.
195 Ballardvale St.
Wilmington, MA 01887-1092

Speedy Call Center
23 Midstate Drive
Auburn, MA 01501

Staples Credit
PO Box 9020
Des Moines, IA 50368

Terminix Processing Center
PO Box 742592
Cincinnati OH 45274-2592

Travelers
CL Remittance Center
PO Box 660307
Dallas, TX 75266

Ullman Printing
PO Box 711
Millbury, MA 01527

United Site Services
PO Box 5502
Binghamton, NY 13902

Revenue Enforcement Division
Div of Unemployment Assistance
19 Staniford St.
Boston, MA 02114

EZ Pass MA
PO Box 632
Auburn, MA 01501

Gregory P. Benoit, Esq.
Eden Rafferty et al
238 Shrewsbury St.
Worcester, MA 01604

Occupational Health & Safety Admin
1441 Main St. Suite 550
Springfield, MA 01103

Broadway
PO Box 66486
Chicago, IL 60666

James River Insurance Co
PO Box 27648
Richmond VA 23261-7648

Ranfac Corp.
30 Doherty Avenue
Avon, MA 02322

Redi Rubbish
13 St. John Road
Worcester, MA 01603

Shell Fleet Plus
Processing Center
PO Box 183019
Columbus OH 43218

SW Debs LLC
503 Fabyan Road
N Grosvenordale CT 06255
c/o Peter Calabrese, Esq.

Travelers Property
c/o Thomas Niarchos, Esq.
100 Summer St. Suite 201
Boston MA 02110

UVR
55 Eagle Drive
Dudley, MA 01571

Robert Amaral
Amy Amaral
403 N. E. Main St.
Douglas, MA 01516